IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:11CR3096 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| BRIAN CRAIG DEVINO, | ) | |
| | ) | |
| Defendant. | ) | |

   IT IS ORDERED that Federal Public Defender David R Stickman's motion to withdraw (filing 60) is granted.

   Dated September 22, 2015.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge