IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11CR3096 |
| vs. | |
| BRIAN CRAIG DEVINO, | ORDER |
| Defendant. | |

The defendant's Bureau of Prisons medical records have been filed as a sealed document.

IT IS ORDERED that:

(1) The undersigned's chambers staff shall provide counsel of record with a copy of the sealed Bureau of Prisons medical records (Filing no. 78).

(2) Upon receipt of the Probation Office's report and recommendation concerning the defendant's compassionate release motion, the undersigned will further progress this case.

Dated this 10th day of June, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge