IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>BRIAN CRAIG DEVINO,<br><br>　　　　　　　Defendant. | 4:11CR3096<br><br>**ORDER** |

　　　Upon the filing of the medical records and the excellent report by the U.S. Probation Officer,

　　　IT IS ORDERED that counsel shall file simultaneous briefs on the issue of compassionate release no later than July 6, 2020.

　　　Dated this 26th day of June, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　Senior United States District Judge