IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN CRAIG DEVINO,<br><br>Defendant. | 4:11CR3096<br><br>**ORDER** |

    IT IS ORDERED that the plaintiff shall respond to the defendant's motion to reduce sentence (Filing 95) on or before December 24, 2020.

    Dated this 9th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge