IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:11CR3096 |
| vs. | ORDER |
| BRIAN CRAIG DEVINO, | |
| Defendant. | |

For the reasons articulated by the government in its responsive brief (Filing 98), and otherwise,

IT IS ORDERED that the defendant's renewed motion for reduction of term of imprisonment (Filing 95) is denied.

Dated this 17th day of December, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge